# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JESSIE GRAY,

        Plaintiff,

vs.

GRAYHAWK LEASING, LLC DBA PEPSI BEVERAGESCOMPANY, a foreign limited-liability company,

        Defendants.

2:20-cv-02199-JCM-NJK

**ORDER**

      The court has been informed that the parties have reached a tentative settlement agreement (ECF NO. 19).

      Accordingly,

      IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for March 22, 2021, is VACATED.

      If the settlement agreement is not finalized and the parties would like to participate in an ENE, the parties may file a stipulation making that request.

      DATED this 4th day of March, 2021.

                                                                             CAM FERENBACH
                                                                            UNITED STATES MAGISTRATE JUDGE