**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSIE GRAY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRAYHAWK LEASING, LLC DBA PEPSI BEVERAGES COMPANY, a foreign limited-liability company,<br><br>Defendant. | **CASE NO.: 2:20-CV-02199-JCM-NJK**<br><br>**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS FOR A PERIOD OF FORTY-FIVE (45) DAYS** |

The parties, Plaintiff Jessie Gray ("Plaintiff") and Defendant Grayhawk Leasing, LLC d/b/a Pepsi Beverages Company, ("Defendant"), (hereinafter "the parties") by and through their respective attorneys of record, hereby stipulate and agree to a stay of all proceedings in this matter for a period of forty-five (45) days.

The parties have reached an agreement, in principle, to resolve all claims in this matter. The parties are diligently working to prepare the necessary resolution documents, and believe they will be able to file a stipulation of dismissal prior to the expiration of the forty-five (45) day stay.

Page **1** of **2**

Accordingly, the parties hereby stipulate and agree to a stay of all proceedings until **Monday, April 19, 2021**.

The parties further stipulate and agree that, in the event they are unable to finalize the resolution of this case prior to the expiration of the forty-five (45) day requested herein, they will inform the Court of the same.

This stipulation is submitted for the purpose of allowing the parties a reasonable period of time to finalize their resolution and thus is submitted in good faith and not for the purpose of delay.

Dated:  March 4, 2021                                              Dated:  March 4, 2021

HKM EMPLOYMENT ATTORNEYS LLP              LANDAU LAW LLP

By: /s/ *Jenny L. Foley*                                             By  /s/  *James H. Berry, Jr.*
JENNY L. FOLEY, Ph.D., ESQ.                              JAMES H. BERRY, JR.
Nevada Bar No. 9017                                            jberry@landaufirm.com
E-mail: jfoley@hkm.com                                       Admitted *pro hac vice*
DANA SNIEGOCKI, ESQ.                                     1880 Century Park East, Suite 1101
Nevada Bar No. 11715                                         Los Angeles, CA 90067
E-mail: dsniegocki@hkm.com                              Telephone: (310) 557-0050
1785 East Sahara, Suite 300                                 Facsimile: (310) 557-0056
Las Vegas, Nevada 89104                                    *Attorneys for Defendant*
Telephone: (702) 805-8340
Facsimile: (702) 805-8340
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 8, 2021