1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **DANA SNIEGOCKI, ESQ.**
3  Nevada Bar No. 11715
4  E-mail: dsniegocki@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
5  1785 East Sahara, Suite 300
   Las Vegas, Nevada 89104
6  Tel: (702) 805-8340
7  Fax: (702) 805-8340
   E-mail: jfoley@hkm.com
8  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JESSIE GRAY, an Individual, | **CASE NO.: 2:20-CV-02199-JCM-NJK** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| GRAYHAWK LEASING, LLC DBA PEPSI BEVERAGES COMPANY, a foreign limited-liability company, | |
| Defendant. | |

The parties, Plaintiff JESSIE GRAY ("Plaintiff") and Defendant GRAYHAWK LEASING, LLC d/b/a PEPSI BEVERAGES COMPANY, ("Defendant"), (hereinafter "the parties") by and through their respective attorneys of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice.

///

///

///

///

///

Page **1** of **2**

Each party is to bear its own attorneys' fees and costs.

Dated: March 19, 2021                                                    Dated: March 19, 2021

HKM EMPLOYMENT ATTORNEYS LLP                       LANDAU LAW LLP


By: /s/ *Dana Sniegocki*                                                   By  /s/  *James H. Berry, Jr.*
JENNY L. FOLEY, Ph.D., ESQ.                                      JAMES H. BERRY, JR.
Nevada Bar No. 9017                                                       jberry@landaufirm.com
E-mail: jfoley@hkm.com                                                Admitted *pro hac vice*
DANA SNIEGOCKI, ESQ.                                             1880 Century Park East, Suite 1101
Nevada Bar No. 11715                                                    Los Angeles, CA 90067
E-mail: dsniegocki@hkm.com                                      Telephone: (310) 557-0050
1785 East Sahara, Suite 300                                          Facsimile: (310) 557-0056
Las Vegas, Nevada 89104                                             *Attorneys for Defendant*
Telephone: (702) 805-8340
Facsimile: (702) 805-8340
*Attorneys for Plaintiff*


**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 22, 2021

Page **2** of **2**